Defendant: **Nectar Online Media, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112533 | $201,250.00 | 2/10/2023 | 1427 | 12/1/2022 | $115,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112533 | $201,250.00 | 2/10/2023 | 1425 | 11/1/2022 | $86,250.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113552 | $16,172.00 | 4/5/2023 | 1434 | 1/2/2023 | $86,250.00 |

Totals: 2 transfer(s), $217,422.00